```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )           4:09CR3059
            Plaintiff,         )
                               )
    vs.                        )      ORDER
                               )
KEVIN A. BROWN,                )
                               )
            Defendant.         )
```

I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT THEREFORE HEREBY IS ORDERED** that <u>Nancy K. Peterson</u> is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

DATED: May 19, 2009

                              BY THE COURT

                              s/ *Richard G. Kopf*
                              Richard G. Kopf
                              United States District Judge